| Date | Pleading Number | |
|---|---|---|
| 12/16/71 | | DRIVER, ETC. V. CAPITOL INTERNATIONAL AIRWAYS, INC., N.D. ALA. 71-252 |
| | | COVEY, ETC. V. CIT CORP., ET AL., E.D. OKLA., 71-124 |
| | | CONWAY V. CIT CORP., W.D. OKLA, CIV-71-454 |
| | | ECHOLS & WIFE V. CAPITOL INTL. AIRWAYS, S.D. TEX., 71-H-561 |
| | | ORDER to SHOW CAUSE entered today. Notified counsel. Involved Judges |
| 12/27/71 | 1. | CAPITOL INTERNATIONAL AIRWAYS, INC., Response to SCO |
| 12/27/71 | 2 | C.I.T. CORPORATION, Response to SCO |
| 12/28/71 | 3 | DEFS. BENDIX CORP., HYDRO AIRE, & FIRESTONE TIRE & RUBBER CO., Response to SCO (no objection) |
| 12/28/71 | 4. | DEF. GOODYEAR TIRE & RUBBER CO., Response to SCO (no objection) |
| 12/28/71 | 5. | DEF. MCDONNNELL DOUGLAS CORP., Response to SCO (no objection) |
| 12/29/71 | 6. | PLTF. COVEY, & CONWAY, Response to SCO (no objection) |
| ~~12/29/71~~ | | CLAUDE C. TURNER V. CAPITOL INTERNATIONAL AIRWAYS, S.D.N.Y., 71 Civ. 4709 (B-1) -- Amend SCO to include on Schedule A. |
| 1/10/72 | | CIT CORP. AND CAPITOL INTERNATIONAL AIRWAYS supplemental certificate of service. |
| 2/1/72 | | HEARING ORDER- A-2, A-3 and B-1, Denver Colorado, Feb. 25, 1972 Notified Counsel and involved judges. |
| 4/20/72 | | OPINION AND ORDER - DENYING transfer A-1 through B-1 |

OPINION AND ORDER, APRIL 20, 1972 *342* F. SUPP. *755*  　　　DOCKET NO. 95

## DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### Description of Litigation

IN RE AIR CRASH DISASTER AT ANCHORAGE, ALASKA ON NOVEMBER 27, 1970

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Mrs. Joyce N. Driver, etc. v. Capitol International Airways, Inc. *dismissed* | N.D. Ala. CA 71-252 | McFadden | 12/30/71 | SCO 12/16/71 |
| A-2 | Clyde D. Covey, etc. v. C.I.T. Corporation, et al. | E.D. Okla. 71-124 | Langley | | SCO 12/16/71 |
| A-3 | Bill R. Conway v. C.I.T. Corporation, et al. | W.D. Okla. CIV-71-454 | Eubanks | | SCO 12/16/71 |
| A-4 | Sam E. Echols & Wife Grace Echols v. Capitol International Airways, Inc. *dismissed 1/3/72* | S.D. Texas 71-H-561 | Hannay | | SCO 12/16/71 |
| B-1 | Claude C. Turner, etc. v. Capitol International Airways, Inc., et al. *dismissed 6/9/72* *transfer denied 4/20/71 o.o.* | S.D. N.Y. 71 Civ 4709 | | | Amend SCO 12/29/71 |
| B-2 | Olivia Pogatich, etc. v. C.I. Airways, et al. | N.D. Ohio C72-201 | Lambros | | Not considered 2/24/72 hearing |

ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 95 -- IN RE AIR CRASH DISASTER AT ANCHORAGE, ALASKA ON NOVEMBER 27, 1970

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | ~~Francis H. Hare, Jr., Esquire~~ ~~Hare, Wynn, Newell & Newton~~ ~~701-09 City Federal Building~~ ~~Birmingham, Alabama 35203~~ *dismissed* | ~~BENDIX CORPORATION~~ ~~John R. Matthews, Jr., Esquire~~ ~~Ball, Ball & Matthews~~ ~~200 South Lawrence ST.~~ ~~Montgomery, Alabama 36104~~ *app* <br><br> ~~CAPITOL INTERNATIONAL AIRWAYS~~ ~~Gary P. Smith, Esquire~~ ~~Johnston & Shores~~ ~~1142 Brown Marx Building~~ ~~Birmingham, Alabama 35203~~ *app* <br><br> DOUGLAS AIRCRAFT CORPORATION <br> Bibb Allen, Esquire <br> London, Yancey, Clark & Allen <br> City Federal Building <br> Birmingham, Alabama |
| A-2 <br> A-3 | Don Manners, Esquire <br> Manners, Merz & Grennan <br> Post Office Box 60488 <br> Oklahoma City, Oklahoma 73106 *app* | McDONNELL DOUGLAS CORPORATION <br> William H. Wilson, Esquire <br> Rhodes, Hieronymus, Holloway & Wilson <br> 2411 First National ~~Building~~ CENTER <br> Oklahoma City, Oklahoma 73102 *app* <br><br> THE BENDIX CORPORATION <br> FIRESTONE TIRE & RUBBER COMPANY <br> HYDRO-AIRE CORPORATION <br> B. W. Tabor, Esquire <br> Rucker, Tabor, McBride & Hopkins <br> Post Office Box 1439 <br> Tulsa, Oklahoma 74101 *app* <br><br> ~~CAPITOL INTERNATIONAL AIRWAYS, INC.~~ ~~David C. Johnston, Jr., Esquire~~ ~~Pierce, Duncan, Couch & Hendrickson~~ ~~2401 First National Building~~ ~~Oklahoma City, Oklahoma 73102~~ *app per* <br><br> GOODYEAR TIRE & RUBBER COMPANY <br> Burton J. Johnson, Esquire <br> Watts, Looney, Nichols & Johnson <br> 219 Couch Drive <br> Oklahoma City, Oklahoma 73102 *app* |

| No. | Plaintiff | Defendant |
|---|---|---|
| A-2<br>A-3 | CONTINUED | C.I.T. CORPORATION<br>c/o The Corporation Company<br>735 First National Bldg.<br>Oklahoma City, Oklahoma |
| A-4 | Robert E. Ballard, Esquire<br>Brown, Kronzer, Abraham, Watkins<br>  & Steely<br>500 Houston First Savings Bldg.<br>Houston, Texas   77002 | L. S. Carsey, Esquire<br>Fulbright, Crooker, Freeman, Bates<br>Bank of the Southwest Building<br>Houston, Texas<br><br><br>CAPITOL INTERNATIONAL AIRWAYS, INC.<br>C.I.T. CORPORATION<br>  David C. Johnston, Jr., Esquire<br>  Pierce, Couch, Hendrickson, Gust & Short<br>  3200 Liberty Tower<br>  Oklahoma City, Oklahoma   73102 |
| B-1 | F. Lee Bailey, Esquire<br>350 Fifth Avenue<br>New York, New York | BENDIX CORPORATION<br>FIRESTONE TIRE & RUBBER CO.<br>HYDRO AIRE CORPORATION<br>  Ernest D. Kennedy, Esquire<br>  Mendes & Mount<br>  27 William Street<br>  New York, New York   10005<br><br>CAPITOL INTERNATIONAL AIRWAYS<br>  Haight, Gardner, Poor & Havens<br>  One State Street Plaza<br>  New York, New York   10004<br><br>MCDONNELL DOUGLAS CORP.<br>  Crowe, McCoy & Agoglia<br>  953 Franklin Avenue<br>  Garden City, New York   11530 |

| No. | Plaintiff | Defendant |

p. \_\_\_\_\_

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __95__ -- IN RE AIR CRASH DISASTER AT ANCHORAGE, ALASKA ON NOV. 27, 1970

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Capitol International Airways, Inc. | A-1; A-2; A-3; A-4, B-1 |
| C.I.T. Corporation | A-2; A-3, B-1 |
| Douglas Aircraft Co., Division McDonnell Douglas Corp. | A-1; A-2; A-3 |
| McDonnell Douglas Corp. | A-2; A-3, B-1 |
| McDonnell Douglas Corp., Douglas Aircraft Co. Division | A-2; A-3 |
| Bendix Corporation | A-1; A-2; A-3, B-1 |
| Hydro-Aire Corporation | A-2; A-3, B-1 |
| Firestone Tire & Rubber Co. | A-2; A-3, B-1 |
| Goodyear Tire & Rubber Co. | A-2; A-3 |
| | |